**Opinion issued August 22, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-13-00491-CV

———————————————

## IN RE CHRISTOPHER W. STODDART, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

In this original proceeding, relator Christopher W. Stoddart seeks mandamus relief against Chris Daniel, the District Clerk of Harris County, alleging that Daniel has failed to file his divorce and denied him access to the courts.[1] We deny the petition for writ of mandamus.

---

[1] There are two underlying cases. The first is *Christopher Stoddart v. Vallerie B. Stoddart*, 2013-08873, in the 257th District Court of Harris County, the Honorable



**PER CURIAM**

Panel consists of Justices Jennings, Brown, and Huddle.

---

Judy Warne, presiding. The second is *Christopher Stoddart v. Vallerie B. Stoddart*, 2013-29715, in the 245th District Court of Harris County, the Honorable Roy L. Moore, presiding.